IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

| | |
|---|---|
| Civil Action No: 23-cv-00111-MDB | Date: October 2, 2024 |
| Courtroom Deputy: E. Lopez Vaughan | FTR: Courtroom 101 |

| *Parties:* | *Counsel:* |
|---|---|
| Carl Fogel | Adam Smith |
| Plaintiff, | |
| v. | |
| Shelter Mutual Insurance Company | Jeremy Speckhals |
| Defendant. | |

**COURTROOM MINUTES**

**MOTION HEARING**

**10:05 a.m.**     **Court in session.**

Court calls case. Appearances of counsel.

The parties supplement Defendant's *Motion for Reconsideration of Order on Motion for Summary Judgment* at ECF No. 35 (see also ECF No.'s 38 and 43) with additional arguments. For reasons put forth on the record, it is

**ORDERED**:   The Motion at ECF No. 35 is **DENIED**.

The parties supplement Plaintiff's *Supplemental Motion for Summary Judgment* at ECF No. 36 (see also ECF No.'s 39 and 42) with additional arguments.

**10:45 a.m.**     **Court in recess.**
**11:13 a.m.**     **Court back in session.**

For reasons put forth on the record, it is

**ORDERED**:   The Motion at ECF No. 36 is **GRANTED IN PART**. Judgment will be entered in favor of Plaintiff for $35, 600.00 ($100/day x 356 days) plus attorney's fees and costs. It is further

**ORDERED**:   Plaintiff shall submit an affidavit of attorney's fees and costs on or before **October 18, 2024**. Response due on or before **November 1, 2024**.

**11:22 a.m.**    **Court in recess.**

Hearing concluded.
Total in-court time    00:59

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.